## 984 CITY OF LANSING vs. STATE BOARD OF AUDITORS, No. 15146; 69 N. W., 723; 3 D. L. N., 653.

To compel respondent to audit and allow an account for police and fire protection to State property, under Sec. 14, Title 10, Act No. 405, Local Acts 1893, entitled "An act to incorporate the City of Lansing," which provided for an assessment of State property by the municipality for that service.

Denied December 24, 1896.

## 985 KELLEY vs. BOARD OF STATE AUDITORS, No. 14966½.

To compel respondents to audit and allow relator's bill as circuit judge, for expenses incurred in going to and fro in the discharge of the duties of his office, and for hotel bills paid while holding court out of his own county.

Order to show cause denied June 19, 1895.

## 986 DETROIT FREE PRESS CO. vs. BOARD OF STATE AUDITORS, 47 M.. 135.

To set aside an award of a contract for State printing.

Denied October 26, 1881.